April 3, 1973

No. 73-9 Henry Rhoades, SGT, U. S. Marine Corps v. MAJ GEN Fred Haynes, USMC, Commanding General, 2nd Marine Division, Camp Lejeune, North Carolina.

On further consideration of the "Petition for Extraordinary Relief" referred to in this Court's Memorandum Opinion and Order dated March 16, 1973, it appearing that the convening authority has completed his review of the record of petitioner's trial and a copy of his action thereon together with a certificate attesting receipt of said record by the Clerk of the United States Navy Court of Military Review, have been filed in this Court pursuant to the above-mentioned Memorandum Opinion and Order, it is, by the Court, this 3d day of April 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed as moot. This action is without prejudice to the right of petitioner to reassert the issue before said Court of Military Review and this Court, if deemed necessary and appropriate.

April 4, 1973

No. 73-17 Noel A. Smith, AN, U. S. Navy v. CAPT Robert P. McKenzie, USN, Convening Authority.

On consideration of the "Petition for Extraordinary Relief in the Nature of a Writ of Prohibition and Temporary Restraining Order," it appearing that nothing complained of therein tends to prejudice the power of this Court ultimately to review the record of the pending trial or, upon such review, to grant meaningful relief from any error which may then appear, it is, by the Court, this 4th day of April 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed.

April 17, 1973

No. 73-20 James F. Woody, PFC, U. S. Marine Corps v. John Warner, Secretary of the Navy; GEN Robert Cushman, Commandant, U. S. Marine Corps; COL D. C. Macho, USMC, Commanding Officer, Marine Aircraft Group 12, 1st Marine Aircraft Wing, Iwakuni, Japan; and CAPT Charles R. Oleszcyki, Judge Advocate, USMCR, Military Judge, Law Center, Iwakuni, Japan.

On consideration of the "Petition for Extraordinary Relief" filed in the above-entitled action, it appearing that the issue therein sought to be raised was resolved adversely to the present petitioner's contentions in United States v. Unrue, Docket No. 26,552, order dated April 2, 1973, it is, by the Court, this 17th day of April 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed.

April 25, 1973

No. 73-18 Arthur W. Pyburn, SGT, U. S. Air Force v. Convening Authority, LT GEN James M. Keck, Commander, Second Air Force, Barksdale AFB, Louisiana.

ORDERED that said petition be, and the same is, hereby dismissed.

May 4, 1973

No. 73-21 Clair C. Harbaugh, SA, U. S. Navy v. United States.

ORDERED that said petition be, and the same hereby is, dismissed. United States v. Lenoir, 18 U.S.C.M.A. 387, 40 C.M.R. 99 (1969).

May 16, 1973

No. 73-22 David C. Anderson, PFC, U. S. Marine Corps v. MAJ GEN H. S. Hill, USMC, Commanding General, Third Marine Aircraft Wing, Fleet Marine Force, Pacific; Et Al.

ORDERED that said petition be, and the same is, hereby dismissed; Chief Judge Darden dismissing for lack of jurisdiction.